U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Eckhaus v. Nature's Pillows, | FILED: AUGUST 19, 2008 |
| | 08CV4720 |
| (Action to enforce federal judgment in EDNY case, No. 06-CV-985) | JUDGE ST. EVE |
| | MAGISTRATE JUDGE KEYS |
| | NF |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff and for judgment creditor Brian C. Witter

| NAME (Type or print) |
|---|
| Brian C. Witter, PC |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Brian C. Witter |
| FIRM |
| Law Offices of Brian C. Witter, PC |
| STREET ADDRESS |
| 111 West Jackson Blvd., Suite 1100 |
| CITY/STATE/ZIP |
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6198156 | 312.961.4942 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐