IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
**AUGUST 19, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Pamela Eckhaus,** ) | |
| ) | |
| ) | Case No. 07-CV-99999 |
| Plaintiff, ) | |
| ) | **08 C 4720** |
| vs. ) | |
| ) | **JUDGE ST. EVE** |
| **Nature's Pillows** *et al.*, ) | **MAGISTRATE JUDGE KEYS** |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

*PLEASE TAKE NOTICE* that on August 19, 2008, I filed and registered, via ECF, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, the attached *Certified Final Judgment* entered by the Honorable Frederic Block, Senior District Judge, on June 24, 2008, in the United States District Court for the Eastern District of New York, and initiated an action to enforce said *Certified Final Judgment*.

/s/Brian C. Witter

Brian C. Witter
**Law Offices of Brian C. Witter, P.C.**
111 West Jackson Boulevard
Suite 1100
Chicago, IL 60604
(312) 961-4942 (T)
(312) 386-9759 (F)
*briancwitterpc@gmail.com*
Attorney No. 6198156

**Counsel for Plaintiff and for Judgment Creditor**
Brian C. Witter

Dated: August 19, 2008

## CERTIFICATE OF SERVICE

I, Brian C. Witter, certify that on August 20, 2008, I served a copy of the foregoing *Notice of Filing* on the following counsel via United States Mail, First Class.

/s/ Brian C. Witter

Matthew H. Adler, Esq.
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799

Counsel for Nature's Pillows, et al.

Joseph M. Laraia, Esq.
Laraia & Hubbard, P.C.
1761 S. Naperville Road, Suite 203
Wheaton, Illinois 60187

Counsel for co-judgment creditor
DiTommaso Lubin, PC