

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
AUG 2 0 2008
Aug 20, 2008
JUDGE AMY ST. EVE
United States District Court

| | |
|---|---|
| **Pamela Eckhaus,** ) | |
| ) | |
| Plaintiff, ) | Case No. 08-CV-4720 |
| ) | |
| vs. ) | Honorable Amy St. Eve |
| ) | |
| **Nature's Pillows** *et al.*, ) | Magistrate Judge Keys |
| ) | |
| Defendants. ) | |

### NOTICE OF EMERGENCY MOTION

**To: See Attached Service List**

***PLEASE TAKE NOTICE*** that on August 21, 2008, at 8:30 am, I will appear before the Honorable Amy St. Eve, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, Courtroom 1241, and there and then present the attached *Emergency Motion to Enforce Judgment and for Other Relief*, a copy of which is hereby served upon you..

/s/Brian C. Witter

Brian C. Witter
**Law Offices of Brian C. Witter, P.C.**
111 West Jackson Boulevard
Suite 1100
Chicago, IL 60604
(312) 961-4942 (T)
(312) 386-9759 (F)
*briancwitterpc@gmail.com*
Attorney No. 6198156

**Counsel for Plaintiff and for Judgment Creditor**
Brian C. Witter

Dated: August 20, 2008

## CERTIFICATE OF SERVICE

    I, Brian C. Witter, certify that on August 20, 2008, I served a copy of the foregoing *Notice of Emergency Motion* on the following counsel via both facsimile email transmissions.

                                     /s/ Brian C. Witter

Matthew H. Adler, Esq.
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Counsel for Nature's Pillows, et al.

Joseph M. Laraia, Esq.
Laraia & Hubbard, P.C.
1761 S. Naperville Road, Suite 203
Wheaton, Illinois 60187

Counsel for co-judgment creditor
DiTommaso Lubin, PC