## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 08-CV-4720

Pamela Eckhaus, Plaintiff
vs.
Nature's Pillows, et al., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR

DiTommaso-Lubin, P.C.



FILED
AUG 21 2008
Aug 21 2008
JUDGE AMY ST. EVE
United States District Court

| | |
|---|---|
| NAME (Type or print) | |
| JOSEPH M. LARAIA | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ *[signature]* | |
| FIRM | |
| LARAIA & HUBBARD, P.C. | |
| STREET ADDRESS | |
| 1761 S. Naperville Road, Suite 203 | |
| CITY/STATE/ZIP | |
| Wheaton, IL 60189 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 1580493 | (630) 690-6800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |