Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4720 | **DATE** | 8/21/2008 |
| **CASE TITLE** | Eckhaus vs. Nature's Pillows et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 8/21/08. Motion to enforce judgment is entered. Response to be filed by 9/4/08. Reply to be filed by 9/11/08. Status hearing set for 9/30/08 at 8:30 a.m.

Docketing to mail notices.

00:05



| | Courtroom Deputy Initials: | KF |
|---|---|---|