IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Pamela Eckhaus,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No. 08-CV-4720 |
| | ) | |
| vs. | ) | Honorable Amy St. Eve |
| | ) | |
| **Nature's Pillows** *et al.*, | ) | Magistrate Judge Keys |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## NOTICE OF MOTION

**To: See Attached Service List**

*PLEASE TAKE NOTICE* that on Tuesday, September 2, 2008, at 8:30 am, I will appear before the Honorable Amy St. Eve, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, Courtroom 1241, and there and then present the attached *Motion for Reassignment of Case as Related,* a copy of which is hereby served upon you..

/s/Brian C. Witter

Brian C. Witter
**Law Offices of Brian C. Witter, P.C.**
111 West Jackson Boulevard
Suite 1100
Chicago, IL 60604
(312) 961-4942 (T)
(312) 386-9759 (F)
*briancwitterpc@gmail.com*
Attorney No. 6198156

**Dated: August 28, 2008**

## CERTIFICATE OF SERVICE

I, Brian C. Witter, certify that on August 28, 2008, I served a copy of the foregoing *Motion for Reassignment of Case as Related,* via ECF, on all counsel of record.


_____/s/ Brian C. Witter_____


**Joseph M. Laraia, Esq.**
**Laraia & Hubbard, P.C.**
**1761 S. Naperville Road, Suite 203**
**Wheaton, Illinois 60187**

**Counsel for DiTommaso Lubin, PC**