U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Pamela Eckhaus, Plaintiff
v.
Nature's Pillows, et al., Defendants.

Case Number: 08-CV-4720

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Pamela Eckhaus

| | |
|---|---|
| NAME (Type or print) <br> Vincent L. DiTommaso | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Vincent L. DiTommaso | |
| FIRM <br> DiTommaso-Lubin, P.C. | |
| STREET ADDRESS <br> 17W 220 22nd Street - Suite 200 | |
| CITY/STATE/ZIP <br> Oakbrook Terrace, Illinois 60181 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6181810 | TELEPHONE NUMBER <br> 630-333-0000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☑ NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |