IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAMELA ECKHAUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 08 CV 4720 |
| -vs- | ) |
| | ) Honorable Amy St. Eve |
| | ) |
| NATURE'S PILLOWS, ET AL. | ) Magistrate Judge Keys |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, September 2, 2008, at 8:30 A.M., I shall appear before the Honorable Amy St. Eve, United States District Court, Courtroom 1241, 219 South Dearborn Street, Chicago, IL, 60604, and then and there present DiTommaso-Lubin's Motion to Reassign Cases as Related.

　　　　　　　　　　　　　　　　　　PAMELA ECKHAUS

　　　　　　　　　　　　　　　　　　/S/ __Vincent L. DiTommaso_____
　　　　　　　　　　　　　　　　　　　　　One of her Attorneys

Vincent L. DiTommaso
DiTommaso ♦ Lubin, PC
17W 220 22nd Street, Suite 200
Oakbrook Terrace, Illinois 60181
(630) 333-0000

Joseph M. Laraia
Laraia & Hubbard PC
1761 S. Naperville Road, Suite 203
Wheaton, Illinois 60187
(630) 690-6800

## **CERTIFICATE OF SERVICE**

    I, Vincent L. DiTommaso, the undersigned attorney, hereby certify that on the 28th day of August, 2008, I served a copy of this Notice of Motion, via ECF, on all counsel of record.

                                         s/ Vincent L. DiTommaso_____
                                         Vince L. DiTommaso