IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Pamela Eckhaus,** | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-CV-4720 |
| | ) | |
| vs. | ) | Honorable Amy St. Eve |
| | ) | |
| **Nature's Pillows** *et al.*, | ) | Magistrate Judge Keys |
| | ) | |
| **Defendants.** | ) | |

<u>NOTICE OF FILING</u>

*PLEASE TAKE NOTICE* that on September 1, 2008, I filed, via ECF, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the attached *Witter's Response to Motion of DiTommaso Lubin to Reassign Case as Related.*

/s/Brian C. Witter
——————————

Brian C. Witter
**Law Offices of Brian C. Witter, P.C.**
111 West Jackson Boulevard
Suite 1100
Chicago, IL 60604
(312) 961-4942 (T)
(312) 386-9759 (F)
*briancwitterpc@gmail.com*
Attorney No. 6198156

**Dated: September 1, 2008**

## **CERTIFICATE OF SERVICE**

I, Brian C. Witter, certify that on September 1, 2008, I served a copy of the foregoing ***Witter's Response to Motion of DiTommaso Lubin to Reassign Case as Related,*** on all counsel of record via ECF.

                                                **/s/ Brian C. Witter**