# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Pamela Eckhaus
                                   Plaintiff,

v.                                                   Case No.: 1:08−cv−04720
                                                         Honorable Amy J. St. Eve

Nature's Pillows, Inc., et al.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Motion hearing held on 9/2/2008. Brian Witter's motion for reassignment of case as related [10] and DiTommaso−Lubin's motion to reassign cases as related [13] are taken under advisement. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.